IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THOMAS S. RODRIGUES,

    Plaintiff,

v.                                      CV No. 21-539 CG/KRS

ALLIED INTERNATIONAL CREDIT
CORPORATION,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court on the parties' *Agreed Stipulation of Dismissal with Prejudice* (the "Stipulation"), (Doc. 12), filed September 14, 2021. The Court, having reviewed the Stipulation, finds it shall be **APPROVED**.

**IT IS THEREFORE ORDERED** that Plaintiff's *Complaint*, (Doc. 1), is dismissed with prejudice. Each party shall bear its own costs and attorney fees.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE